# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. DANIEL M. VOGEL, Defendant. | PO-19-05278-GF-JTJ VIOLATION: 7353071 Location Code: M13 ORDER |

Based upon the United States' motion to accept the defendant's payment of a $270 fine and $30 processing fee for violation 7353071 (for a total of $300), and for good cause shown, **IT IS ORDERED** that the $300 fine ($270 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 7353071. **IT IS FURTHER ORDERED** that the bench trial scheduled for June 4, 2020, is **VACATED**.

DATED this 26th day of February, 2020.

_____
John Johnston
United States Magistrate Judge